IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARY MARGARET BROWN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION FILE NO. |
| CREDIT PROTECTION | : | |
| ASSOCIATION, L.P, et al., | : | 1:12-cv-00012-ODE-GGB |
| | : | |
| Defendants. | : | |
| _____ | : | |

## SECOND AMENDED COMPLAINT FOR DAMAGES

Pursuant to LR 15.1 NDGa, Plaintiff incorporates the entirety of her First Amended Complaint for Damages [4] except as follows:

Plaintiff substitutes COMCAST OF GEORGIA/VIRGINIA, INC. for COMCAST CABLE COMMUNICATIONS, INC. in the style of the case and in paragraph 17 of the Complaint.

Respectfully submitted,

        S<small>KAAR</small> & F<small>EAGLE</small>, LLP

     by:  / s/ Justin T. Holcombe
        Justin T. Holcombe
        Attorney for Plaintiff
        Georgia Bar No. 552100

- 2 -

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855
jholcombe@skaarandfeagle.com